AO 91, Rev. 11/82 (M. Levy Authorizing) **CRIMINAL COMPLAINT** 11-058

| **United States District Court** | DISTRICT<br>Eastern District of Pennsylvania | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>THOMAS GORDON, JR. | DOCKET NO. | |
| | MAGISTRATE'S CASE NO.<br>11-440-M | |
| Complaint for violation of Title 18 United States Code § 2252(a)(1) | | |
| NAME OF JUDGE OR MAGISTRATE<br>Honorable ELIZABETH T. HEY | OFFICIAL TITLE<br>U.S. Magistrate Judge | LOCATION<br>Philadelphia, PA |
| DATE OF OFFENSE<br>February 26, 2011 | PLACE OF OFFENSE<br>Philadelphia, PA | ADDRESS OF ACCUSED (if known)<br>7923 Fairfield Street<br>Philadelphia, PA 19152 |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Defendant transmitted in interstate commerce images of minors engaging in sexually explicit conduct and the producing of such images involved the use of minors engaging in sexually explicit conduct.

FILED
MAR 24 2011
MICHAEL E. KUNZ, Clerk

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

SEE AFFIDAVIT ATTACHED HERETO.

MATERIAL WITNESSES IN RELATION AGAINST THE ACCUSED:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>Emily J. Arnold |
|---|---|
| | OFFICIAL TITLE<br>Special Agent<br>Homeland Security Investigations |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE (1)<br>Honorable ELIZABETH T. HEY, United States Magistrate Judge | DATE<br>3/23/11 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

# AFFIDAVIT

I, Emily J. Arnold, a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) Philadelphia, PA office, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations (HSI), an investigative branch of the United States Department of Homeland Security. I am a federal law enforcement officer authorized by the Secretary of Homeland Security to request the issuance of search warrants. I have been employed as a Special Agent for HSI for approximately three (3) years and am currently assigned to the HSI Office of the Special Agent in Charge in Philadelphia, PA. I was previously employed for three (3) years as a Senior Analyst with the Child Victim Identification Program at The National Center for Missing & Exploited Children (NCMEC) located in Alexandria, Virginia. In this position, I performed analyses and reviews of evidence for law enforcement that were obtained from child exploitation investigations. In addition to providing information regarding identified child victims found within evidence reviews, a large portion of my duties included image analysis assistance to attempt to determine the identities of children found in child pornography media. Prior to this position, I was employed as a CyberTipline Analyst at NCMEC. In this capacity I assisted law enforcement with performing technical searches of screen names, email addresses, and other internet data regarding child exploitation suspects. Throughout my career at NCMEC and HSI, I have received training regarding child pornography, the sexual abuse of children, the behavior of preferential child molesters and how to conduct investigations of child sexual exploitation and obscenity crimes. As part of my work on these cases and in these training courses, I have

1

observed and reviewed numerous examples of child pornography (as that term is defined in 18 U.S.C. § 2256) in all forms of media, including computer media. In the course of my investigative duties, I have also had contact, in the form of interviews and meetings, with preferential child pornographers and those involved in the distribution, sale, production and possession of child pornography. And I have assisted in the execution of numerous search warrants relating to investigations of child pornography crimes.

2. My duties as a Special Agent include the enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Sections 2251 through 2259, the Sexual Exploitation of Children Act (SECA). I have participated in searches of premises, and assisted in the gathering of evidence by means of search warrant. I have received specialized training in the area of the production, importation, and distribution of child pornography, and have had the opportunity to observe and review thousands of examples of child pornography in many forms of media including video and computer media. I have attended numerous conferences and specialized training programs in the field of child exploitation, as well as attended and graduated from the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia.

3. I make this affidavit in support of an application for a criminal complaint and arrest warrant for Thomas GORDON, Jr., date of birth September 22, 1964, for violation of Title 18, United States Code, Sections 2252(a)(1), distribution of child exploitation material. The information contained within this affidavit is based on an investigation conducted by HSI, state,

and local law enforcement. The information is based on my training and experience, as well as information and experience imparted to me by other law enforcement officers.

4. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Thomas GORDON, Jr. has committed violations of 18 U.S.C. §§ 2252(a)(1).

## DETAILS OF THE INVESTIGATION

5. On March 10, 2011, the Delaware County District Attorney's Office, Pennsylvania Internet Crimes Against Children (ICAC) Task Force, contacted the HSI Office of the Special Agent in Charge in Philadelphia regarding a CyberTipline report they received from the National Center for Missing and Exploited Children (NCMEC). This report contains graphic child exploitation images that had been uploaded to Photobucket by the subscriber gordonsabum@aol.com.

6. On or about March 11, 2011 the HSI Office of the Special Agent in Charge in Philadelphia received a copy of CyberTipline report #1027509, as well as access logs provided by Photobucket. Photobucket reported that an account had been opened on February 8, 2011 at 01:58:50 MST and was registered to the email address gordonsabum@aol.com and the screen name "tomg64."

7. Within CyberTipline report #1027509, Photobucket reported that the owner of the account posted five (5) image files containing graphic child exploitation material on February 26, 2011. Three of these files have been described below:

3

9yoDaphnepthchussyfanlsmlsvlspufouftlolitaguv08.jpg – image depicts a naked prepubescent girl holding the erect penis of a naked adult male.

Hehehehehehe.jpg – image depicts a naked prepubescent girl lying on her back with her legs spread apart and her genitalia exposed. An adult's hand is seen inserting a pink sexual object into the child's genitalia. The child is holding a pink ball in her mouth that appears to be attached to a strap around the child's face.

7yoJackiepreteengirlnakedspreadingherpussyopen12of16pthcptschussyfanbabyshividr_40ygoldmylolasmagazine5yo6yo8yo9yo10yo11yo1.jpg – image depicts a close-up of the genitalia of a naked prepubescent girl. The child's legs are spread apart and the camera is directly focused on the child's genitalia.

Additionally, Photobucket reported one (1) separate image of an adult male. This image, titled 2011_02_11220159.jpg, shows an adult male who is wearing a blue collared long-sleeved shirt. An identification badge is partially visible on the man's right shoulder. A badge in which "U.S" is visible on the man's left chest. The man is standing in front of a white and gray tiled wall. The clothing pictured on the adult male appears to be consistent with the uniform worn by U.S. Department of Homeland Security, Transportation Security Administration (TSA) Officers.

8.  An Administrative Summons was submitted to AOL for all account information related to gordonsabum@aol.com. On March 15, 2011 AOL responded to the Administrative Summons with the following information:

> Subscriber Name: Thomas GORDON
> Address: 7923 Fairfield Street, Philadelphia, PA 19152
> Phone: 215-331-3746
> Account Status: ACTIVE
> Member Since: January 17, 2005

The email address gordonsabum@aol.com is listed as being one of GORDON's active email addresses.

4

9. A check with the Pennsylvania Department of Motor Vehicles found that Thomas GORDON, Jr. has an active Pennsylvania driver's license registered to 7923 Fairfield Street, Philadelphia, PA 19152, in addition to a red Ford Explorer bearing PA license GYR4633.

10. A check with the Pennsylvania Department of Motor Vehicles found that Melanie GORDON, Thomas GORDON, Jr.'s wife, currently holds a Pennsylvania Photo Identification Card registered to 7923 Fairfield Street, Philadelphia, PA, 19152. Melanie GORDON does not appear to have an active Pennsylvania driver's license.

11. The most recent driver's license photo of Thomas GORDON, Jr. was compared to the photograph posted to Photobucket of the adult male that is documented in paragraph 7. It appears that the image posted to Photobucket is an image of Thomas GORDON, Jr.

12. An Administrative Summons was submitted to Photobucket.com for all account information related to gordonsabum@aol.com. On March 21, 2011 Photobucket.com responded to the Administrative Summons with the following registrant information:

> **User Name:** tomg64
> **Email Address on file for account:** gordonsabum@aol.com
> **First Name:** Tom
> **Last Name:** Gordon
> **Join Date:** February 8, 2011
> **Registered IP:** 69.171.168.55

A review of the images that had been posted to the Photobucket account registered to gordonsabum@aol.com found the same child exploitation images that had been reported to NCMEC and documented above in paragraph 7 EJA. In addition, three photographs depicting the face of an adult male that appears to be Thomas GORDON, Jr. are found within the Photobucket images. Another image, titled "2011-02-23183022.jpg," depicts an adult female with long brown

5

hair and bangs who is wearing a pink sweater. This image appears to be of Thomas GORDON, Jr.'s wife, Melanie.

13. The Photobucket account reported to NCMEC is registered to the email address gordonsabum@aol.com. Facebook also reported that a profile belonging to Tom GORDON, Jr., which did not contain child exploitation material, was found to be registered to gordonsabum@aol.com.

14. A Facebook account was found registered to gordonsabum@aol.com for Thomas GORDON, Jr. Within this account, GORDON, Jr. lists his current employer as being U.S. Department of Homeland Security. He lists his current position as being a Federal Transportation Security Officer. This appears to be consistent with the image found of GORDON, Jr. that was referenced in paragraph 8, where he is pictured in what appears to be a TSA uniform.

15. Based on the information regarding his employment, SA Arnold contacted the U.S. Department of Homeland Security, Office of the Inspector General (OIG). SA Arnold met with OIG Special Agent Brien Graveline on March 14, 2011. At this time, SA Graveline confirmed that Thomas GORDON, Jr. is currently a TSA Officer assigned to Philadelphia International Airport. SA Graveline provided an emergency contact form that was filled out by Thomas GORDON, Jr. in 2008 that lists his current address as being 7923 Fairfield Street, Philadelphia, PA 19152, the address registered to GORDON, Jr.'s AOL account gordonsabum@aol.com. GORDON, Jr. lists his immediate family members as including his wife, Melanie GORDON, and his two children, a 21 year-old son and a 7 year-old daughter.

GORDON, Jr. is listed as being on a work schedule of Thursday – Monday, 8:00 PM to 4:30 AM.

16. A check with the Pennsylvania State Police on March 16, 2011 found that Thomas GORDON, Jr. is the current registered owner of thirteen (13) handguns..

17. On March 21, 2011 SA Arnold performed surveillance on Thomas GORDON, Jr.'s residence, 7923 Fairfield Street, Philadelphia, PA 19152. SA Arnold observed Thomas GORDON, Jr. exit his residence at approximately 6:42 PM dressed in his TSA Officer uniform. GORDON, Jr. got into his vehicle, a red Ford Explorer bearing PA license GYR4633 parked in the driveway, and pulled away.

## CONCLUSION

18. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that on February 26, 2011, Thomas GORDON, Jr. distributed images of minors engaging in sexually explicit activity to his Photobucket account, in violation of Title 18 United States Code, Section 2252(a)(1). I respectfully request the issuance of a warrant for his arrest

Emily J. Arnold, Special Agent
Homeland Security Investigations

Sworn and subscribed before me on this 23rd day of March, 2011

Honorable ELIZABETH T. HEY
United States Magistrate Judge